**UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN**

MENG HUANG,

      Plaintiff,

v.                               Case No: 2:18-cv-12727

THE OHIO STATE UNIVERSITY      Judge Victoria A. Roberts
and GIORGIO RIZZONI,          Magistrate Judge David R. Grand

      Defendants.

**STIPULATED ORDER EXTENDING TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING**

This matter is before the Court on Defendants' request for additional time to respond to the complaint, and based upon the parties' stipulation, and the Court being advised;

IT IS ORDERED that Defendants shall have until November 6, 2018 to file to move, plead, or otherwise respond to the complaint.

                              S/Victoria A. Roberts
                              Honorable Victoria A. Roberts
                              United States District Court

Dated: September 13, 2018

1

Agreed:

s/Bruce C. Fox
Bruce C. Fox (Pa. ID 42576)
Obermayer Rebmann Maxwell
& Hippel LLP
500 Grant Street, Ste. 5240
Pittsburgh, PA 15219
bruce.fox@obermayer.com
412-566-1500

*Counsel for Plaintiff*

s/John G. Adam
John G. Adam (P37205)
Legghio & Israel, P.C.
306 S. Washington, Suite 600
Royal Oak, MI 48067
jga@legghioisrael.com
248-398-5900

*Local Counsel for Plaintiff*

September 13, 2018

s/Christina L. Corl
Christina L. Corl  (P52836)
PLUNKETT COONEY
300 E. Broad Street, Suite 590
Columbus, OH 43215
ccorl@plunkettcooney.com
614-629-3018

s/Courtney Nichols
Courtney Nichols (P75160)
PLUNKETT COONEY
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48306
cnichols@plunkettcooney.com
248-901-4000

*Counsel for Defendants*

Open.25577.83339.20905900-1